**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

EUGENE LAMBERT,

          Petitioner

          v.

SUPERINTENDENT TREVOR WINGARD,

          Respondent

: No. 48 EM 2016
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.